# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON TREVINO ROBERTS,<br><br>Petitioner,<br>v.<br><br>STEVE LANGFORD, Warden,<br><br>Respondent. | Case No. CV 17-03820 AB (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Habeas Petition for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 1, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE